AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Deontai McDuffie | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 9:20-cv-03131-MBS |
| LT Torelle Housey, Unit Manager; Willie Davis, Regional Director | ) ) ) | |
| *Defendants* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _ ), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiff, Deontai McDuffie, shall take nothing of Defendants, LT Torelle Housey, Willie Davis, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly Hughes Cherry, United States Magistrate Judge.

Date: September 6, 2022

ROBIN L. BLUME, CLERK OF COURT

s/ A. Snipes

*Signature of Clerk or Deputy Clerk*